UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

POINTSTORY LLC,

          Plaintiff,

   v.

PROTALUS USA LLC,

          Defendant.

Case No. C23-1691-MLP

ORDER

At the close of Plaintiff's case, Defendant moved for judgment as a matter of law on Plaintiff's unjust enrichment claim. *See* Fed. R. Civ. P. 54(a). In Washington, a plaintiff who is a party to a valid express contract is bound by the provisions of that contract and may not bring a claim for unjust enrichment for issues arising under the contract's subject matter. *See Chandler v. Wash. Toll Bridge Auth.*, 17 Wash.2d 591, 604 (1943); *see also Hurlbut v. Crines*, 14 Wash. App. 2d 660, 672-73 (2020). Defendant contends that all work performed was under a contractual agreement, and Plaintiff did not perform any work outside of this contract. Plaintiff acknowledges that an unjust enrichment claim is not applicable when damages arise solely from a contractual breach and admits that all damages sought are based on contractual invoices.

ORDER - 1

Consequently, the Court GRANTS Defendant's motion and DISMISSES Plaintiff's unjust enrichment claim with prejudice.

Dated this <u>15th</u> day of May, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2